UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Joan Nesbitt, et al.

VS.

Wyndham Hotel Corp. et al.

CIVIL NO. 98-1186 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: FILED: | DOCKET:# | Title: |
| ( ) Plffs | ( ) Defts | |
| ( ) Government | ( ) Other | |

RECEIVED & FILED
99 SEP 29 PM 4:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORDER

Trial shall be held April 17/2000, 9:30 AM

2

Becky/Jury Clerk

9/29/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(27)