## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



JOAN NESBITT, ET AL

VS.

WYNDHAM HOTEL CORP, ET AL

CIVIL NO. 98-1186 (JAF)

### DESCRIPTION OF MOTION

**DATE FILED:** 01/24/00    **DOCKET #:** 28    **TITLE:** MOTION by All Plaintiffs for setting of Settlement Conference

[X] Plaintiff(s)
[ ] Defendant(s)

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: A Settlement Conference shall be held on April 6/00 at 4:30 PM

by phone call 4/4/11

3/28/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(31)