# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



Joan Nesbitt, et al

vs.

Wyndham Hotel Corp, et al

CIVIL NO. 98-1186 (JAF)

RECEIVED & FILED
00 APR 10 PM 12: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED:        DOCKET:         TITLE:
[] Plffs.          [] Defts.       8k order

## O-R-D-E-R

Parties should make a second attempt to settle this case. Parties bear in mind that the original recomendation made by the court may not have accounted for a high percentage of comparative negligence by plaintiff. Assuming a 50% comp. negligence a settlement in the neighborhood of ~~$150,000~~ $200,000 is still within the original range recomended

4-6-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(34)