UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1  JOAN NESBITT; KEN NESBITT,
2  SR., individually and in
   representation of the legal
3  conjugal partnership composed    Civil No.  98-1186 (JAF)
   by both individuals; KEN
4  NESBITT, JR., represented by
   his parents Joan and Ken
5  Nesbitt; JEANNE ELLIS,

6
        Plaintiffs,
7

8      v.

9  WYNDHAM HOTEL CORPORATION,
   et al.,
10

11      Defendants.

12  -------------------------------------



13          **J U D G M E N T**

14      The court **APPROVES** the Settlement Agreement filed by the

15  parties today as to the adults and the minor.  The minor's share,

16  after deducting 25% for attorney's fees, shall be deposited by the

17  Clerk of Court in a certificate of deposit or an interest-bearing

18  account until he reaches legal age.

19      Judgment is entered dismissing this case with prejudice and

20  incorporating herein the terms of the Settlement Agreement by

21  reference and as if set forth *in extenso*.

22

23      San Juan, Puerto Rico, this 14th day of April, 2000.

24

25                          _____
                            JOSE ANTONIO FUSTE
26                          U. S. District Judge

2

AO 72
(Rev 8/82)

36