## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



JAN NESBITT, ET AL.

    VS.                      CIVIL NO. __98-1186__ (JAF)

WYNDHAM HOTEL CORPORATION,
ET AL.

### DESCRIPTION OF MOTION

DATE FILED: 6/20/00   DOCKET: 37   TITLE: INFORMATIVE MOTION AND REQUESTING REMEDY

[X] Plffs.   [ ] Defts.

### O-R-D-E-R

A hearing to dilucidate this issue shall be held on July 27, 2000 at 3:00 P.M.



7/7/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE