IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Joan Nesbitt, et al

    VS.                                     CIV. NO. 98-1186(JAF)

Wyndham Hotel Corporation, et al

## DESCRIPTION OF MOTION

DATE FILED: 12-26-00  DOCKET: 40      TITLE: MOT FOR WITHDRAWAL OF
[X] Plffs.  []Defts.                          ATTY Marcos Valls

## O-R-D-E-R

*Granted*

_____       _____
DATE                                        JOSE A. FUSTE
                                             U.S. DISTRICT COURT